```
SOUTHERN DISTRICT OF MISSISSIPPI
         F I L E D
         MAR 31 2006
J. T. NOBLIN, CLERK
BY_____DEPUTY
```

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

**EMMA MISTER**                                                                    **PLAINTIFF**

vs.                                              **CIVIL ACTION NO. 3:05cv732HTW-JCS**

**DENNY TRANSPORT, INC.**
**JAMES E. BERNA**                                                               **DEFENDANTS**

### AGREED ORDER OF DISMISSAL

COME NOW, Plaintiff, Emma Mister, and Defendants, Denny Transport, Inc. and James E. Berna, by and through counsel of record and move the Court for an Order dismissing this suit with prejudice; and it being made known to the Court that Plaintiff's claims have been fully compromised and settled, and that all parties consent to the entry of this Order and agree that this cause should be dismissed with prejudice. The Court, being fully advised in the premises, does find that said motion is well taken and should be sustained.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Plaintiff's claims in this cause be, and the same are, hereby dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the 30th day of March, 2005.

_____
UNITED STATES DISTRICT COURT JUDGE

AGREED:

_____          _____
A.E. "GENE' HARLOW, SR., ESQ.                BRADLEY S. KELLY, ESQ. (MSB#101243)
Attorney for Plaintiff                        Attorney for Defendants